IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00253-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAVONDRA MICHELLE WHITE (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for
Compassionate Release. (Doc. No. 94).

Local Criminal Rule 47.1(D) provides that the government is not required to
respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to
the Motion for Compassionate Release within fourteen (14) days of the entry of this
Order.

Signed: May 16, 2024

Robert J. Conrad, Jr.
United States District Judge