IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00253-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAVONDRA MICHELLE WHITE (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for compassionate release, (Doc. No. 94), and the government's response, (Doc. No. 102).

The defendant filed a notice of appeal challenging the final Judgment imposing a custodial sentence. (Doc. No. 76 at 1). The government rightly notes that the Court does not have jurisdiction to grant the motion for compassionate release from that sentence. See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58, (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Therefore, the Court will deny the motion. Fed. R. Crim. P. 37(a)(2).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 94), is **DENIED** without prejudice.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: July 31, 2024

Robert J. Conrad, Jr.
United States District Judge